MADELYN DIXON, Appellant, v. NELLIE GALLAGHER and Others, Respondents. — Action for a declaratory judgment declaring plaintiff to be the sole owner of certain bank accounts, and for an injunction. Order denying plaintiff's motion for summary judgment or partial summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

EDWARD J. FITZGERALD and WALTER F. FITZGERALD, as Executors, etc., of ANNIE FITZGERALD, Deceased, Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Action for money had and received, based upon the executed rescission of a transaction involving the sale of mortgage certificates by defendant to plaintiffs' testatrix. Order denying plaintiffs' motion for a discovery and inspection and granting defendant's cross-motion for summary judgment under rule 113 of the Rules of Civil Practice, on the ground that the action is barred by the Statute of Limitations (Civ. Prac. Act, § 48, subd. 1), and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

ELIAS I. GODOFSKY, Appellant, v. HARRY HIRSCH, Doing Business as BROOKLYN AUTO ADVANCE CO., and REGAL TRADING CORPORATION, Respondents.— In an action to cancel a chattel mortgage, and for other relief, plaintiff appeals (a) from an order granting defendants' motion to dismiss the complaint for failure to prosecure the action diligently, (b) from an order to the same effect entered on reargument, and (c) from a judgment dismissing the complaint. Order dated November 19, 1941, and judgment entered thereon dismissing the complaint, unanimously affirmed, with ten dollars costs and disbursements. Appeal from order dated November 27, 1941, dismissed, without costs, as academic. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

JESSIE M. GREENBAUM and MILTON J. GREENBAUM, Appellants, v. GREEN BUS LINES, INC., Respondent.— Action by plaintiff Jessie M. Greenbaum to recover damages for personal injuries sustained as the result of a fall while a passenger in a bus, due to the alleged negligence of the operator in bringing the bus to a sudden stop; and by plaintiff Milton J. Greenbaum, her husband, for damages for loss of services and for expenses. Judgment, and order denying plaintiffs' motion to set aside the determination in favor of defendant, unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.